Petition for Writ of Mandamus Denied and Memorandum Opinion filed
December 14, 2005









 

Petition for Writ of Mandamus Denied and Memorandum
Opinion filed December 14, 2005. 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-01041-CV

____________

 

IN RE JOHN BRUCE ROGERS, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On October 13, 2005, relator
filed a petition for writ of mandamus in this court.  See Tex.
Gov=t Code Ann. ' 22.221 (Vernon 2005); see also Tex. R. App. P. 52. 

Relator has not established that he is
entitled to mandamus relief. 
Accordingly, we deny relator=s petition for writ of mandamus. 

 

PER CURIAM

 

Petition Denied
and Memorandum Opinion filed December 14, 2005.

Panel consists of
Justices Fowler, Edelman, and Guzman.